**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiff Board of Trustees
of the Southern Nevada Glaziers and
Fabricators Pension Trust Fund*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATOR PENSION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>HEINAMAN CONTRACT GLAZING, INC., a California corporation; JOHN L. HEINAMAN, an individual; TOM T. HOWHANNESIAN, an individual; RICK K. DONATH, an individual; VERONICA BOWEN, an individual; ISABELLE LOHRKE, an individual; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01330-JAD-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>[First Request]<br><br>Date: N/A<br>Time: N/A |

      The Plaintiff, BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND ("Plaintiff"), and Defendants HEINAMAN CONTRACT GLAZING, INC., JOHN L. HEINAMAN, TOM T. HOWHANNESIAN, RICK K. DONATH, and VERONICA BOWEN ("Defendants"), each acting by and through their undersigned counsel, hereby stipulate and agree as follows:

      1.    Defendants Heinaman Contract Glazing, Inc., John L. Heinaman, and Tom

T. Howhannesian have received a copy of the Summons and Complaint and agree to save the expense of formal service. Heinaman Contract Glazing, Inc., John L. Heinaman, and Tom T. Howhannesian understand that they retain all defenses to the lawsuit, the Court's jurisdiction, and the venue of the action, but that they waive any objections to service.

2. Defendants Heinaman Contract Glazing, Inc., John L. Heinaman, Tom T. Howhannesian, Rick K. Donath, and Veronica Bowen shall have thirty (30) days from the date of filing this Stipulation to file an answer or responsive pleading.

3. This is the first request to extend time to file an answer or responsive pleading for these Defendants. The reason for the extension requested is to allow the parties time to informally exchange documents and discuss resolution of this matter.

DATED this 9th day of August, 2017.

| CHRISTENSEN JAMES & MARTIN | SHULMAN HODGES & BASTIAN, LLP |
|---|---|
| By: /s/ Wesley J. Smith <br> Wesley J. Smith, Esq. <br> *Attorneys for Plaintiff Board of Trustees of the Southern Nevada Glaziers and Fabricators Pension Trust Fund* | By: /s/ James C. Bastian <br> James C. Bastian, Esq. <br> *Attorneys for Defendants Heinaman Contract Glazing, Inc., John L. Heinaman, Tom T. Howhannesian, Rick K. Donath, and Veronica Bowen* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/10/2017